| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| *versus* | § § § § | NO. 1:97-CR-134-2-MAC |
| OWEN GARTH HINKSON | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a motion to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying the Defendant's motion to proceed *in forma pauperis* on appeal (#145). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge (#150) filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.

SIGNED at Beaumont, Texas, this 6th day of August, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE